**Nathaniel LINDELL, Plaintiff–Appellant,**

v.

**Joanne GOVIER, Defendant–Appellee.**

No. 05–2772.

United States Court of Appeals, Seventh Circuit.

Submitted March 6, 2006.

Decided March 13, 2006.

Rehearing and Rehearing En Banc Denied April 11, 2006.

Nathaniel Lindell, Boscobel, WI, pro se.

John J. Glinski, Peggy A. Lautenschlager, Office of the Attorney General Wisconsin Department of Justice, Madison, WI, for Defendant–Appellee.

Before Hon. RICHARD A. POSNER, Hon. ILANA DIAMOND ROVNER, and Hon. TERENCE T. EVANS, Circuit Judges.

Lindell appeals from a judgment dismissing his prisoner's civil rights suit, in which he primarily claims that the prison is unlawfully restricting his practice of his religion (Wotanism). We had remanded a previous such judgment, in which the district judge had dismissed the suit prematurely, without addressing the merits of Lindell's claims. *Lindell v. McCallum,* 352 F.3d 1107 (7th Cir.2003). In summary judgment proceedings on remand, the judge determined that the claims had no merit, and again dismissed, and Lindell has again appealed.

The district judge's painstaking analysis is sound, and we have nothing to add to it except to note that any residual doubt about the lack of merit of Lindell's religious claims has been dispelled by our recent decision in *Borzych v. Frank,* 439 F.3d 388 (7th Cir.2006).

AFFIRMED.